# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



**FILED**

JAN 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

W. Samuel Hamrick, Jr.,
Clerk of Court

January 13, 2009

Clerk, U.S. District Court
California Northern District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3434

CR08- 845 CRB

Re: USA v. Michael Ware , Case No. 3:09-mj-00037-LSP

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the defendant(s) Michael Ware : Certified copy of transfer order, Certified Docket Sheet, Out of District Complaint (copy), Minute Order Appointing Counsel (copy), Waiver of Removal (copy) .

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ J. Hathaway, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF _____
AND ASSIGNED CASE NUMBER _____

CLERK, U.S. DISTRICT COURT

By: _____, Deputy

48



UNSEALED 1/8/09

SEALED

FILED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

09 JAN -8 AM 10: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CR 09                 0059

---

**ARREST ON OUT-OF-DISTRICT OFFENSE**

CASE NUMBER: '09 MJ 0037

The person charged as <u>MICHAEL WARE</u> now appears before this United States District

Court for an initial appearance as a result of the following charges having been filed in the United

States District Court for the <u>Northern</u> District of <u>California</u> on <u>November 20, 2008</u>: <u>Mail Fraud; Wire</u>

<u>Fraud; Engaging in Monetary Transactions In Criminally Derived Property; and Aiding & Abetting</u>,

in violation of: <u>18 U.S.C. § 1341; 18 U.S.C. § 1343; 18 U.S.C. § 1957; and 18 U.S.C. § 2</u>.

The charging documents and warrant for the arrest of the defendant which was issued by the
above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of
my knowledge, information and belief.

DATED: ___1/8/2009___

Special Agent
Federal Bureau of Investigation

Reviewed and Approved

DATE:

YESMIN E. SAIDE
Assistant United States Attorney

I hereby attest and certify on ___1/8/-9___
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### Northern District of California

**SEALED BY COURT ORDER**

UNITED STATES OF AMERICA,

v.

## WARRANT FOR ARREST

Michael Ware

Case Number: **CR08-845 RMW HRL**

To: The United States Marshal
and any Authorized United States Officer

### YOU ARE HEREBY COMMANDED to arrest ___Michael Ware___

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment () Information () Complaint
() Order of Court () Violation Notice () Probation Violation Petition

charging him or her with 18:1341 and Mail fraud, 18:2 Aiding and abetting, 18:1343 Wire fraud, 18:1957 Engaging in monetary transactions

in violation of Title ___Above___ United States Code, Section(s) ___

|  |  |
|---|---|
| ___**Deputy Clerk**___ | |
| Title of Issuing Officer | |

_[signature]_
Signature of Issuing Officer

___11/20/08 San Francisco CA___
Date and Location

Bail fixed at $ __no bail__ by ___Bernard Zimmerman, U.S. District Judge___
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |



FILED

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney                    03 NOV 20  PH 3: 50

2
                                             RICHARD W. WIEKING
3                                            CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION
                                                    RMW HRL
12  UNITED STATES OF AMERICA,          )  No.:

13        Plaintiff,                   )  CR 08          0845
                                       )  VIOLATIONS: 18 U.S.C. § 1341– Mail Fraud; 18
14                                     )  U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 1957
        v.                             )  – Engaging in Monetary Transactions in
15                                     )  Criminally Derived Property; 18 U.S.C. § 2 –
                                       )  Aiding and Abetting
16                          MICHAEL    )
    WARE,                              )
17                                     )
                                       )
18        Defendants.                  )

19  ──────────────────────────────────

20                         INDICTMENT

21  The Grand Jury charges:

22                         BACKGROUND

23        At all times relevant to this Indictment:

24        1.    Chicago Development and Planning ("Chicago D&P") was a company with

25  offices in Emeryville, California, and Reno, Nevada.

26        2.    ████████████ was the founder of and controlled Chicago D&P.

27        3.    Michael WARE was a close friend of ████████ son. WARE was the head of a

28  Chicago D&P affiliate known as Oroshima.

    INDICTMENT

1    4.    Chicago D&P represented to potential investors that its business involved
2  purchasing real property, improving it, and then selling or renting it at a profit.
3    5.    Chicago D&P engaged in two related schemes to defraud: (1) A scheme to
4  defraud investors, and (2) a scheme to defraud a mortgage broker and lenders.

5                    THE SCHEME TO DEFRAUD INVESTORS

6    6.    Beginning at a time unknown to the grand jury, but no later than in or about
7  January 2000 and continuing through about May 2004, in the Northern District of California and
8  elsewhere, the defendant,

9                    ███████████████

10  did knowingly and intentionally devise a scheme and artifice to defraud as to a material matter,
11  and to obtain money and property by means of materially false and fraudulent pretenses,
12  representations, promises, and omissions, knowing that the pretenses, representations, promises,
13  and omissions were false and fraudulent when made.

14          MANNER AND MEANS OF THE SCHEME TO DEFRAUD INVESTORS

15    7.    As part of the scheme to defraud investors, and in order to induce investors to give
16  money to Chicago D&P, ████████ engaged in certain conduct and made certain material false
17  representations, promises, and omissions, including, but not limited to, the following:

18          a. ████████ represented to potential investors that Chicago D&P's business
19  involved "pooling" money from investors to purchase real property, improve the real property,
20  and then sell or rent the real property at a profit.

21          b. ████████ represented to potential investors that Chicago D&P would share
22  with them the profits from its real estate sales or rentals, and that investors would thereby earn
23  high rates of return on their investment.

24          c. ████████ failed to disclose to investors that most of the properties purchased
25  by Chicago D&P were heavily mortgaged, and that many of the properties were occupied, rent-
26  free, by employees of Chicago D&P or its affiliates.

27          d. ████████ failed to disclose to investors that their promised "profit" payments
28  were largely funded by other investors' money, not by actual real estate purchases, sales, or

INDICTMENT                                    2

1  rentals.

2      8.    It was further part of the scheme to defraud investors that ████████ did not use
3  all of the investors' money in connection with real estate transactions, as she represented she
4  would. Instead, she used investors' money for other purposes, such as to cover her personal
5  expenses and to pay earlier investors their promised "profit" payments.

6      9.    It was further part of the scheme to defraud investors that in some instances,
7  investors wired funds directly to one of Chicago D&P's accounts, purportedly to facilitate real
8  estate transactions.

9      10.    It was further part of the scheme to defraud investors that Chicago D&P sent
10  "profit" payments to investors via U.S. Mail or interstate commercial carriers, such as Federal
11  Express or California Overnight.

12      11.    It was further part of the scheme to defraud investors that Chicago D&P sent
13  periodic statements to investors regarding the status of their investments via U.S. Mail.

14  COUNTS ONE THROUGH SIX: (18 U.S.C. § 1341 - Mail Fraud)

15      12.    Paragraphs 1 through 11 are realleged as if fully set forth herein.

16      13.    On or about the dates set forth below, in the Northern District of California and
17  elsewhere, for the purpose of executing the material scheme to defraud investors and to obtain
18  money by materially false and fraudulent pretenses, representations, promises, and omissions, the
19  defendant,

20                                ████████████

21  did knowingly cause to be deposited the following items to be sent and delivered by the United
22  States Postal Service, and private and commercial interstate carriers:

23  ///

24  ///

25  ///

26  ///

27  ///

28

   INDICTMENT                                3

| Count | Approx. Date | Description of Mailing | From | To |
|-------|------|------|------|------|
| ONE | 4/1/04 | "profit" payment check for $3,600; check no. 5828 | Chicago D&P | Investor A |
| TWO | 4/16/04 | "profit" payment check for $3,555; check no. 6198 | Chicago D&P | Investor A |
| THREE | 2/13/04 | "profit" payment check for $6,300; check no. 5221 | Chicago D&P | Investor B |
| FOUR | 11/20/03 | "profit" payment check for $2,650; check no. 3024 | Chicago D&P | Investor C |
| FIVE | 4/1/04 | Investor Lender Statement on Account no. 100-418 | Chicago D&P | Investor D |
| SIX | 4/5/04 | Investor Lender Statement on Account no. 100-218 | Chicago D&P | Investor D |

All in violation of Title 18, United States Code, Section 1341.

COUNT SEVEN: (18 U.S.C. § 1343 - Wire Fraud)

14.    Paragraphs 1 through 11 are realleged as if fully set forth herein.

15.    On or about the dates set forth below, in the Northern District of California and elsewhere, for the purpose of executing the material scheme to defraud investors and to obtain money by materially false and fraudulent pretenses, representations, promises, and omissions, the defendant,

███████████████

did knowingly transmit and cause to be transmitted the following wire communication in interstate and foreign commerce:

| Count | Approx. Wire | Description of Wire | From | To |
|-------|------|------|------|------|
| SEVEN | 3/26/04 | wire transfer of $80,000 from Investor E to Chicago D&P | Washington Mutual Bank; Stockton, CA | Bank of America; San Leandro, CA (via East Rutherford, NJ) |

All in violation of Title 18, United States Code, Section 1343.

///

1
<u>THE SCHEME TO DEFRAUD A MORTGAGE BROKER AND LENDERS</u>

2        16.    Beginning at a time unknown to the grand jury, but no later than in or about

3    November 2000 and continuing through about April 2004, in the Northern District of California

4    and elsewhere, the defendants,

5                                        ███████████████and
                                        MICHAEL WARE,
6

7    did knowingly and intentionally devise a scheme and artifice to defraud a mortgage broker and

8    lenders as to a material matter, and to obtain money and property by means of materially false

9    and fraudulent pretenses, representations, promises, and omissions, knowing that the pretenses,

10    representations, promises, and omissions were false and fraudulent when made.

11                MANNER AND MEANS OF THE SCHEME TO DEFRAUD
                        A MORTGAGE BROKER AND LENDERS
12

13        17.    Beginning no later than November 2000, ███████solicited investors to permit

14    Chicago D&P to purchase real estate in the investors' names, using the investors' credit.

15    ███████represented to investors that Chicago D&P would purchase real estate in the

16    investors' names, but Chicago D&P would make all necessary payments to service the mortgage.

17    ███████further represented to investors that, in exchange for letting Chicago D&P use their

18    names and credit, the investors would receive the following: (1) an up-front fee; (2) a monthly

19    fee; (3) the tax benefits of owning the property without having to pay the mortgage; and (4) a

20    share in the profits when the property was sold. ███████further represented to the investors

21    that Chicago D&P would manage the property.

22        18.    Once investors agreed to allow Chicago D&P to purchase real estate in their

23    names, ███████sought financing for the purchase of the properties through a mortgage broker.

24    As part of the scheme, ███████required the mortgage broker to enter into an agreement

25    whereby the mortgage broker would receive a 1% commission on any real estate purchase and

26    then subsequently split that 1% commission 50/50 with Chicago D&P.

27        19.    As a further part of the scheme, ███████and WARE structured some of the real

28    estate transactions in a manner so that Chicago D&P or one of its affiliates received cash at the

INDICTMENT                                    5

1  close of escrow.

2      20.   As a further part of the scheme to defraud the mortgage broker and lenders, and in

3  order to obtain money from the mortgage broker and lenders, ███████ and WARE engaged in

4  certain conduct and made certain material false representations, promises, and omissions,

5  including, but not limited to, creating false documents about the investors and submitting those

6  false documents to the mortgage broker with the intent of misleading the mortgage broker and

7  the mortgage lenders from whom the broker was seeking financing. ███████ and WARE

8  knew that the mortgage broker would then submit the false documents to prospective lenders.

9  For instance, ███████ and WARE created false W-2 forms to make it appear as if investors

10 were employed by an entity called California D&P and earning significant salaries when, in fact,

11 ███████ and WARE knew that none of the investors were employed by California D&P and

12 did not earn any income from California D&P. ███████ and WARE also created false account

13 statements in investors' names to make it appear as if investors possessed assets in the form of

14 significant balances with financial institutions when, in fact, ███████ and WARE knew the

15 investors did not possess such assets. In addition, in some instances, Chicago D&P obtained

16 financing to purchase property based upon an appraisal of the property's value that was above the

17 seller's asking price by including the value of improvements Chicago D&P represented it

18 intended to perform to the property.

19     21.   Upon receiving loan applications from the mortgage broker, and relying on the

20 fraudulent documents and representations supplied by ███████ and WARE, several mortgage

21 lenders provided financing for Chicago D&P's purchase of real estate in investors' names,

22 including the two pieces of real estate described as follows:

23         a. On or about November 17, 2003, ███████ and WARE caused the property

24 located at 460 Mountain Boulevard, Oakland, California, to be purchased in the name of Investor

25 F. The purchase was funded by a loan in the amount of $1,169,900 from National City

26 Mortgage.

27         b. On or about April 9, 2004, ███████ and WARE caused the property located

28 at 6363 Christie Avenue, #2126, Emeryville, California, to be purchased in Investor G's name.

INDICTMENT                    6

1    The purchase was funded by a loan in the amount of $629,100 from Greenpoint Mortgage

2    Funding, Inc.

3    COUNTS EIGHT AND NINE: (18 U.S.C. §§ 1341 and 2 - Mail Fraud; Aiding and Abetting)

4    22.    Paragraphs 1 through 6, and 16 through 21, of this Indictment are realleged as if

5    fully set forth herein.

6    23.    On or about the dates set forth below, in the Northern District of California and

7    elsewhere, for the purpose of executing the material scheme to defraud a mortgage broker and

8    lenders and to obtain money by materially false and fraudulent pretenses, representations,

9    promises, and omissions, the defendants,

10                                and
                    MICHAEL WARE,
11

12    did knowingly cause to be deposited the following items to be sent and delivered by the United

13    States Postal Service, and private and commercial interstate carrier, and did aid and abet the

14    same:

| Count | Approx. Date | Description of Mailing | From | To |
|---|---|---|---|---|
| EIGHT | 12/1/03 | a $4,980 check splitting mortgage broker's commission relating to the purchase of 460 Mountain Blvd. | Mortgage broker | Chicago D&P |
| NINE | 4/15/04 | a RESPA Settlement Statement, a check, and a Certified Copy of a Grant Deed relating to the purchase of 6363 Christie Avenue, #2126 | Chicago Title Company | Chicago D&P |

24    All in violation of Title 18, United States Code, Sections 1341 and 2.

25    COUNTS TEN AND ELEVEN: (18 U.S.C. §§ 1343 and 2 - Wire Fraud; Aiding and Abetting )

26    24.    Paragraphs 1 through 6, and 16 through 21, of this Indictment are realleged as if

27    fully set forth herein.

28    25.    On or about the dates set forth below, in the Northern District of California and

INDICTMENT                    7

1   elsewhere, for the purpose of executing the material scheme to defraud a mortgage broker and

2   lenders and to obtain money by materially false and fraudulent pretenses, representations,

3   promises, and omissions, the defendants,

4                                                ███████████████ and
                                                  MICHAEL WARE,

5

6   did knowingly transmit and cause to be transmitted the following wire communications in

7   interstate and foreign commerce, and did aid and abet the same:

| Count | Approx. Date | Description of Wire | From | To |
|---|---|---|---|---|
| TEN | 11/21/03 | wire transfer of $241,000 to Oroshima (Chicago D&P affiliate) from Western Title at close of escrow on the purchase of 460 Mountain Blvd. | Nevada State Bank; Reno, NV | Bank of America; Richmond, CA |
| ELEVEN | 4/15/04 | wire of $192,947.86 to pay off the seller's mortgage on 6363 Christie Avenue, #2126 | Comerica Bank; San Jose, California | National City Bank; Cleveland, Ohio |

16          All in violation of Title 18, United States Code, Sections 1343 and 2.

17   COUNT TWELVE: (18 U.S.C. §§ 1957 and 2 - Engaging in Monetary Transactions in
                    Criminally Derived Property; Aiding and Abetting)

18

19          26.     Paragraphs 1 through 6, 16 through 21, and 25, of this Indictment are realleged as

20   if fully set forth herein.

21          27.     On or about the dates set forth below, in the Northern District of California and

22   elsewhere, the defendants,

23                                                ███████████████ and
                                                  MICHAEL WARE,

24

25   did knowingly engage in monetary transactions, in and affecting interstate commerce, in

26   criminally derived property that was of a value greater than $10,000, and that was derived from

27   specified unlawful activity, namely, wire fraud, as alleged in Count Ten, above, a violation of

28   Title 18, United States Code, Section 1343, and did aid and abet the same, as follows:

INDICTMENT                                8

| Count | Approx. Date | Description of Transaction |
|---|---|---|
| TWELVE | 11/21/03 | $236,000 wire from Oroshima's Bank of America account #XXXXX-15344 to Chicago D&P's Bank of America account #XXXXX-13935 |

All in violation of Title 18, United States Code, Sections 1957 and 2.

Dated:
11-20-08

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____
AUSAs BROWN & FINIGAN

9



CLOSED

## U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:09-mj-00037-LSP-1
## Internal Use Only

Case title: USA v. Ware

Date Filed: 01/08/2009
Date Terminated: 01/08/2009

Assigned to: Magistrate Judge Leo S. Papas

CK 09          0059

### Defendant (1)

**Michael Ware**
*TERMINATED: 01/08/2009*

I hereby attest and certify on _____ 1/13/09
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

represented by **Erica K. Zunkel**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego , CA 92101
(619) 234-8467
Fax: (619) 687-2666
Email: erica_zunkel@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

MMC

### Pending Counts

None

**Disposition**

### Highest Offense Level (Opening)

None

### Terminated Counts

None

**Disposition**

### Highest Offense Level (Terminated)

None

### Complaints

18:1341; 18:1343; 18:1957 and 18:2 -

**Disposition**

Mail fraud; Wire Fraud; Engaging in
Monetary Transaction in Criminally
Derived Property; and Aiding and
Abetting

## Plaintiff

**USA**

represented by **U S Attorney CR**
U S Attorneys Office Southern District
of California
880 Front Street
Room 6293
San Diego , CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States*
*Attorney*

**Yesmin E Saide**
U S Attorneys Office Southern District
of California
880 Front Street
Room 6293
San Diego , CA 92101
(619)557-5610
Fax: (619)557-7055
Email: Yesmin.Saide@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2009 | 1 | OUT OF DISTRICT COMPLAINT as to Michael Ware (1). (rmm) (rmm). (Entered: 01/09/2009) |
| 01/08/2009 | | Surrender of Michael Ware. (rmm) (Entered: 01/12/2009) |
| 01/08/2009 | 2 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas:Initial Appearance as to Michael Ware held on 1/8/2009. Government oral motion to unseal underlying indictment as to this defendant only and to recall the bench warrant as to Michael Ware- GRANTED. Defendant admits identity and waiver removal/ID hearing. Eligibility of appointed counsel deferred to Northern District of California. Parties stipulate to bond set. Bond set as to Michael Ware (1) $500,000 P/S; Bond paperwork to be filed by close of business on 1/8/09. Waiver of removal hearing filed and order of removal filed. Defendant is Ordered to appear in the Northern District of |

|  |  | California on February 4, 2009. (Tape #LSP09-13:45-13:55).(Plaintiff Attorney Yesmin Saide, AUSA).(Defendant Attorney Sarah Gorman, FD). (rmm) (Entered: 01/12/2009) |
|---|---|---|
| 01/08/2009 | 3 | ORAL MOTION to Unseal Case by USA as to Michael Ware. (rmm) (Entered: 01/12/2009) |
| 01/08/2009 | 4 | ORDER granting 3 ORAL Motion to Unseal Case as to Michael Ware (1). (rmm) (Entered: 01/12/2009) |
| 01/08/2009 | 5 | ORDER Setting Conditions of Pretrial Release. Bond set for Michael Ware (1) $100,000 P/S. Travel restricted to Southern Distrct except for court appearances and meetings with counsel. Signed by Magistrate Judge Leo S. Papas on 01/08/09. (cge) (Entered: 01/12/2009) |
| 01/08/2009 | 8 | ABSTRACT OF ORDER releasing Michael Ware. Signed by Magistrate Judge Leo S. Papas on 01/08/09. (cge) (Entered: 01/12/2009) |
| 01/08/2009 | 11 | WAIVER of Rule 5(c) and 5.1(a) Hearing by Michael Ware (ecl) (Entered: 01/13/2009) |
| 01/08/2009 | 12 | ORDER OF REMOVAL as to Michael Ware to the Northern District of California. Signed by Magistrate Judge Leo S. Papas on 01/08/09. (joeh) (Entered: 01/13/2009) |
| 01/08/2009 | 13 | Case removed to District of *California Northern District Court**450 Golden Gate Avenue**San Francisco, CA 94102-3434* as to Michael Ware. as to *Michael Ware*. Sent certified copy of transfer order*, Certified Docket Sheet, Out of District Complaint (copy), Minute Order Appointing Counsel (copy), Waiver of Removal (copy)*. (joeh) (Entered: 01/13/2009) |
| 01/09/2009 | 6 | Corrected ORDER Setting Conditions of Pretrial Release. Bond set for Michael Ware (1) $500,000 P/S. Travel restricted to Southern District of California except for court appearances and meeting with counsel for which defendant may travel to the Northern District of California. Signed by Magistrate Judge Leo S. Papas on 01/09/09. (cge) (Entered: 01/12/2009) |
| 01/09/2009 | 7 | P/S Bond Entered as to Michael Ware in amount of $ 500,000. Signed by Magistrate Judge Leo S. Papas on 01/09/09. (cge) (Entered: 01/12/2009) |
| 01/12/2009 | 9 | NOTICE OF ATTORNEY APPEARANCE: Erica K. Zunkel appearing for Michael Ware (Zunkel, Erica) (cge) (Entered: 01/12/2009) |
| 01/13/2009 | 10 | NOTICE OF ATTORNEY APPEARANCE Yesmin E Saide appearing for USA. (Saide, Yesmin) (Entered: 01/13/2009) |

**FILED**

JAN  8 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. **09MJ0037** |
| Plaintiff, | |
| vs. | **ORDER OF REMOVAL**<br>**(Defendant Not in Custody)** |
| MICHAEL WARE, | |
| Defendant. | |

*MMC*

An indictment having been filed in the Northern District of California, charging defendant MICHAEL WARE with mail fraud, wire fraud, engaging in monetary transactions in criminally derived property and aiding and abetting, in violation of Title 18, United States Code, Sections 1341, 1343, 1957, and 2. Defendant self surrendered on January 8, 2009, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant MICHAEL WARE then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant MICHAEL WARE, appear in the Northern District of California before Magistrate Judge Maria-Elena James, in the San Francisco Federal Building, 450 Golden Gate Avenue, 15th Floor, Courtroom B, San Francisco, California 94102, on Wednesday, February 4, 2009 at 9:30 a.m., and then appear before District Court Judge Charles R. Breyer, 19th Floor, Courtroom 8, at 2:15 p.m. for further proceedings.

Dated: 1/8/09

I hereby attest and certify on _____ 1/13/09
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

**LEO S. PAPAS,**
United States Magistrate Judge
**Southern District of California**

Order of Removal/Revised 12/02

**Minutes of the United States District Court**
**Southern District of California**
**JANUARY 8, 2009**

HON. **LEO S. PAPAS**                          DEPUTY CLERK: **J. YAHL**

TAPE NO. LSP09-13:45-13:55

09MJ0037-LSP        USA        vs.        MICHAEL WARE(1)(R)(SE)

AUSA: YESMIN SAIDE

0059

INITIAL APP ON OUT                    SARAH GORMAN, S/A OF FEDERAL DEFENDERS
OF DISTRICT COMPLAINT

SURR: 1/8/09
F/A: 1/8/09

DEFENDANT'S FIRST APPEARANCE; DEFENDANT INFORMED OF CHARGES.

GOVERNMENT ORAL MOTION TO UNSEAL UNDERLYING INDICTMENT AS TO THIS DEFENDANT ONLY AND TO RECALL THE BENCH WARRANT AS TO MICHAEL WARE - GRANTED.

DFT ADMITS IDENTITY; DFT WAIVES REMOVAL/ID HRG

ELIGIBILITY OF APPOINTED COUNSEL DEFERRED TO NORTHERN DISTRICT OF CALIFORNIA

PARTIES STIPULATE TO BOND SET BOND AT $500,000 P/S; BOND PAPERWORK TO BE FILED BY CLOSE OF BUSINESS ON 1/8/09

WAIVER OF REMOVAL HRG FILED AND ORDER OF REMOVAL FILED

DEFENDANT IS ORDERED TO APPEAR IN THE NORTHERN DISTRICT OF CALIFORNIA ON FEBRUARY 4, 2009

I hereby attest and certify on_____1/13/6 G
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
     CLERK, U.S. DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy

10 MIN

Waiver of Rule5(c) and 5.1(a) Hearings

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 8 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES OF AMERICA**

v.

MICHAEL WARE

**Magistrate Case
No. 09MJ0037**

**WAIVER OF RULE 5(c) and 5.1(a) HEARINGS**
(Excluding Probation/Supervised Release Violation)

CR 09                     0059

I, MICHAEL WARE, understand that in the Central District of California, charges are pending alleging violation of Title 18, United States Code, Sections 1341, 1343, 1957 and 2, and that I have been arrested in the Southern District of California and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

1.  Retain counsel or request the appointment of counsel if I am unable to retain counsel;

2.  Request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty **if** the United States Attorneys in both districts approve the transfer in writing;

3.  A preliminary hearing if required by Federal Rules of Criminal Procedure 5.1 or 58(b)(2)(G) (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and

4.  An identity hearing to determine if I am the same person named in the charging document.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐ identity hearing

☐ preliminary hearing

☐ identity hearing and have been informed I have no right to a preliminary hearing

☒ identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

I hereby attest and certify on _____
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

_____  1/8/09
MICHAEL WARE
Defendant

_____ 1/8/09
Defense Counsel

_____
Date

YES/tlp/January 8, 2009/Revised 12/02