JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TRACIE L. BROWN (184339)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

FILED

AUG 03 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICIA MORGEN and MICHAEL WARE,<br><br>    Defendants. | No. CR 08-0845 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME AND CONTINUING AUGUST 5, 2009 HEARING AS TO DEFENDANT MICHAEL WARE** |

    The defendant, Michael Ware, represented by Loren Stewart, AFPD, and the government, represented by Tracie L. Brown, Assistant United States Attorney, are currently scheduled to appear before the Court on August 5, 2009, for status or possible change of plea.

    At the last calling of the case on May 27, 2009, the parties agreed and the Court ordered that time be excluded from May 27, 2009 to July 8, 2009 based on effective preparation of counsel, in light of the need to continue to review voluminous discovery. The Court found that failing to exclude time would unreasonably deny the defendant continuity of counsel and would deny defendant's counsel the reasonable time necessary for effective preparation, taking into

ORDER EXCLUDING TIME (WARE)
Case No. CR 08-0845 CRB

1 account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

2 The parties are currently in the process of negotiating a plea agreement that will resolve both the charges pending in this District, as well as those pending in the District of Nevada. In addition, since the last calling of the case, defense counsel has continued to review discovery, although he has been out of the District for a substantial period of time. Further, counsel for the government will be out of the District for part of August.

Accordingly, the parties request that the Court VACATE the August 5, 2009 hearing, and continue it to September 2, 2009, which is the next Wednesday on which both counsel and the Court are available. The parties expect that Mr. Ware will enter a guilty plea on that date. The parties further request that time be excluded from July 8, 2009 to September 5, 2009, based on effective preparation and continuity of counsel, in light of the complexity of the case, the volume of discovery, and the travel schedule of both counsel. It is agreed that failure to exclude time would unreasonably deny the defendant and the government continuity of counsel and would deny defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: ___7/31/09___   /s/_____
                       TRACIE L. BROWN
                       Assistant United States Attorney

DATED: ___7/31/09___   /s/_____
                       LOREN G. STEWART
                       Attorney for Michael Ware

///
///
///
///
///
///
///

ORDER EXCLUDING TIME (WARE)
Case No. CR 08-0845 CRB             -2-

1                                              [~~PROPOSED~~] ORDER

2          Pursuant to stipulation, it is hereby ordered that the August 5, 2009 hearing is vacated and

3 continued to September 2, 2009, at ~~2:15 p.m.~~ 10:00 a.m.

4          Pursuant to the facts set forth in the parties' stipulation, the Court also finds that the ends

5 of justice served by excluding the time between July 8, 2009 and September 2, 2009 from

6 computation under the Speedy Trial Act outweigh the best interests of the public and the

7 defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between July 8,

8 2009 and September 2, 2009 shall be excluded from computation under the Speedy Trial Act. 18

9 U.S.C. § 3161(h)(7)(A) and (B)(iv).

10

11 DATED: AUG 0 3 2009

12                                            THE HON. CHARLES R. BREYER
                                             United States District Judge