JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TRACIE L. BROWN  (184339)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL WARE,<br><br>    Defendant. | No. CR 08-0845 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

     Defendant Michael Ware, represented by AFPD Loren Stewart, is currently scheduled to be sentenced on December 9, 2009, at 2:15 p.m.

     Due to the nature of the plea agreement and the schedules of both defense and government counsel, the parties hereby request that the sentencing hearing be continued to January 20, 2010, at 2:15 pm.  The Probation Officer, Sara Rizor Black, is also available on that date.  The Court's Courtroom Deputy, Barbara Espinoza, has confirmed that January 20, 2010 is an available date for the Court.

ORDER CONTINUING SENT. HRG. (WARE)
Case No. CR 08-0845 CRB

DATED: 11/19/09              ___/s/_____
                             TRACIE L. BROWN
                             Assistant United States Attorney


DATED: 11/20/09              ___/s/_____
                             LOREN G. STEWART
                             Attorney for Michael Ware


## [PROPOSED] ORDER

Pursuant to stipulation, it is hereby ordered that the December 9, 2009 sentencing hearing is vacated and continued to January 20, 2010, at 2:15 p.m.


DATED: _____          _____
                                     THE HON. CHARLES R. BREYER
                                     United States District Judge